IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01205-PSF-MJW

OSCAR MUNOZ;
JUDI ALLEN;
JENNIFER BATER;
THOMAS A. CULLEN;
MILES L. DAVENPORT;
ROBERT FUEHR;
CLAUDIA GRAY;
W. DOUGLAS HICKEY;
DON A. JOHNSON;
BOB KOENIG;
ALAN KOENIGSBERG;
JERI L. KORSHAK;
STEVE LANG;
RONALD B. RINKLE;
DAVID G. SEYKORA; and
JERRY WOLFER,

    Plaintiffs,

v.

AT&T CORP., a New York corporation,

    Defendant.

## ORDER GRANTING MOTION TO STAY LITIGATION

The Court, upon consideration of the parties' Stipulated Motion to Stay Litigation of Claims of All Plaintiffs Other Than Oscar Munoz Pending Arbitration (Dkt. # 28), hereby GRANTS the motion.

    1.    The Court FINDS that Plaintiffs' claims, except for those of Oscar Munoz, are subject to arbitration pursuant to the parties' written agreement.

2. The Court FINDS that no ruling on the pending motion to compel arbitration is necessary, since the parties agree the motion is withdrawn as moot.

3. Accordingly, pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, the Court hereby ORDERS that the litigation of all claims in this action, other than those asserted by Plaintiff Oscar Munoz, is STAYED pending the conclusion of arbitration.

DONE and ORDERED this 12th day of September, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge