## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-1205-PSF-MJW

OSCAR MUNOZ, JUDI ALLEN, JENNIFER BATER, THOMAS A. CULLEN, MILES L.
DAVENPORT, ROBERT FUEHR, CLAUDIA GRAY, W. DOUGLAS HICKEY, DON A.
JOHNSON, BOB KOENIG, ALAN KOENIGSBERG, JERI L. KORSHAK, STEVE LANG,
RONALD B. RINKLE, DAVID G. SEYKORA, and JERRY WOLFER

     Plaintiff,

v.

AT&T CORP., a New York corporation,

     Defendant.

---

**ORDER GRANTING DEFENDANT AT&T CORP.'S UNOPPOSED MOTION TO
AMEND THE SCHEDULING ORDER TO PERMIT TWO EXPERT WITNESSES**
( DN. 45 )

THIS COURT, having reviewed  Defendant AT&T Corp.'s Unopposed Motion To
Amend The Scheduling Order To Permit Two Expert Witnesses ("Motion to Amend") and being
otherwise advised in the premises,  hereby

ORDERS that the Motion to Amend is GRANTED, and the Scheduling Order is
modified such that Plaintiff Oscar Munoz and Defendant AT&T Corp. may each have two expert
witnesses.

ORDER DATED: February 28, 2007

     BY THE COURT:

     MICHAEL J. WATANABE
     U.S. MAGISTRATE JUDGE
     DISTRICT OF COLORADO