IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01205-PSF-MJW

OSCAR MUNOZ, JUDI ALLEN, JENNIFER BATER, THOMAS A. CULLEN, MILES L. DAVENPORT, ROBERT FUEHR, CLAUDIA GRAY, W. DOUGLAS HICKEY, DON A. JOHNSON, BOB KOENIG, ALAN KOENIGSBERG, JERI L. KORSHAK, STEVE LANG, RONALD B. RINKLE, DAVID G. SEYKORA, and JERRY WOLFER

    Plaintiffs,

v.

AT&T CORP., a New York corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER TO PROTECT THE CONFIDENTIALITY OF CERTAIN INFORMATION**
(Docket No. 53)

Upon Consideration of Plaintiff Oscar Munoz's and Defendant, AT&T Corp.'s, Stipulated Motion for Entry of Order to Protect the Confidentiality of Certain Information,

IT IS ORDERED that the Motion is granted. The terms of the Stipulated Motion for Entry of Order to Protect the Confidentiality of Certain Information are hereby approved.

DATED: April 6, 2007.

BY THE COURT:

_____
United States Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO