IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01205-PSF-MJW

OSCAR MUNOZ, et al.,

Plaintiffs,

v.

AT&T CORP.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant AT&T Corporation's Motion for Amendment of Scheduling Order to Stay the Final Pretrial Conference and Final Pretrial Order Pending Resolution of the Parties' Motions for Summary Judgment or, in the Alternative, to Covert the Scheduled Final Pretrial Conference into a Status Conference on August 27, 2007 (docket no. 85) is DENIED.  This court is aware of the outstanding motions for summary judgment (docket nos. 62 and 68) that are pending before Judge Figa.  However, the mere fact that such motions are pending does not mean that this case should not progress forward as scheduled.  Moreover, if Judge Figa does not rule on these two outstanding motions for summary judgment before August 27, 2007, then the parties are granted leave to file any appropriate motion to amend the Final Pretrial Order that this court intends to enter on August 27, 2007, following ruling by Judge Figa on these two outstanding motions for summary judgment.

Date: August 13, 2007