IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01205-PSF-MJW

OSCAR MUNOZ, et al.,

Plaintiffs,

v.

AT&T CORP.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

 It is hereby **ORDERED** that Plaintiff Oscar Munoz's Motion for Amendment of Scheduling Order for Purpose of Filing Motion for Summary Judgment as to Damages (Docket No. 83) is granted.  Once a deadline established in a scheduling order has passed, a party must demonstrate good cause to extend the deadline.  Equal Employment Opportunity Com'n v. Joslin Dry Goods Co., 2007 WL 2045510, at *1 (D. Colo. July 10, 2007) (citing Fed. R. Civ. P. 16(b)).  "Rule 16(b) does not focus on the bad faith of the movant, or the prejudice to the opposing party.  Rather, it focuses on the diligence of the party seeking leave to modify the scheduling order to permit the proposed amendment.  Properly construed, 'good cause' means that scheduling deadlines cannot be me despite a party's diligent efforts."  Id.  Here, plaintiff has shown good cause to extend the dispositive motion deadline to permit plaintiff to file a summary judgment motion as to damages.  Defendant's opposition argues the merits of the anticipated summary judgment motion; it does not establish that plaintiff was not diligent in seeking leave to modify the scheduling order.  It is thus further

 **ORDERED** that plaintiff shall have twenty days from the date of this Minute Order to file a motion for summary judgment as to damages.

Date: September 7, 2007