IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01205-PSF-MJW

OSCAR MUNOZ;
JUDI ALLEN;
JENNIFER BATER;
THOMAS A. CULLEN;
MILES L. DAVENPORT;
ROBERT FUEHR;
CLAUDIA GRAY;
W. DOUGLAS HICKEY;
DON A. JOHNSON;
BOB KOENIG;
ALAN KOENIGSBERG;
JERI L. KORSHAK;
STEVE LANG;
RONALD B. RINKLE;
DAVID G. SEYKORA; and
JERRY WOLFER,

    Plaintiffs,

v.

AT&T CORP., a New York corporation,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION FOR ORDER SETTING MEDIATION

    This matter comes before the Court on the plaintiff's motion for an order setting mediation (Dkt. # 113), filed November 9, 2007. The motion appears to request that this case be referred to the Magistrate Judge for purposes of conducting a settlement conference. Defendant has not responded to the motion, but plaintiff states that he believes defendant does not oppose the "relief" requested.

Mindful that this case is set for a jury trial commencing March 3, 2008, the motion is granted, in part, to the extent that the matter is referred to the Magistrate Judge for settlement. The parties are directed to contact the Magistrate Judge and set a time for a settlement conference, if he agrees to hold one, that is convenient to all parties concerned, and provided the defendant wishes to participate in such a conference.

DATED: November 13, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge