IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01205-WDM-MJW

OSCAR MUNOZ; JUDI ALLEN; JENNIFER BATER; THOMAS A. CULLEN; MILES L. DAVENPORT; ROBERT FUEHR; CLAUDIA GRAY; W. DOUGLAS HICKEY; DON A. JOHNSON; BOB KOENIG; ALAN KOENIGSBERG; JERI L. KORSHAK; STEVE LANG; RONALD B. RINKLE; DAVID G. SEYKORA; and JERRY WOLFER

    Plaintiffs,

v.

AT&T CORP, a New York corporation

    Defendant.

---

**ORDER**
**(document 119)**

---

Upon consideration of the parties' Joint Motion to Vacate and Reset Settlement Conference,

IT IS ORDERED that the Motion is granted. The settlement conference set for January 24, 2008 is hereby vacated and reset for February 5, 2008 at 3:00 p.m. The parties shall submit their settlement statements to the Court and each other no later than January 29, 2008.

Dated: January 18, 2008

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge