IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01205-WDM-MJW

OSCAR MUNOZ, et al.,

    Plaintiffs,

v.

AT&T CORP.,

    Defendant.

_____

**ORDER**
_____

    Given my February 15, 2008 Order on Pending Motions (doc. no. 137) and the previous Order Granting Motion to Stay Litigation (doc. no. 29) issued by Judge Philip S. Figa, the status of this case is unclear. Accordingly, it is ordered that the parties shall file a status report on or before March 14, 2008, concerning the claims of plaintiffs other than plaintiff Munoz indicating whether this case should be terminated and, if not, whether separate judgment should be entered with regard to plaintiff Munoz' claims pursuant to Rule 54(b) and any other matter that any party feels should be brought to my attention.

    DATED at Denver, Colorado, on February 28, 2008.

                                            BY THE COURT:

                                            s/ Walker D. Miller

PDF FINAL

United States District Judge