IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01205-WDM-MJW

OSCAR MUNOZ, et al.,

    Plaintiffs,

v.

AT&T CORP.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The trial of this case having been vacated, the following motions are moot: doc. nos. 128, 129, 130, 133 & 136.

Dated:  March 5, 2008

                                     s/ Jane Trexler, Judicial Assistant