IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01205-WDM-MJW

OSCAR MUNOZ;
JUDI ALLEN;
JENNIFER BATER;
THOMAS A. CULLEN;
MILES L. DAVENPORT;
ROBERT FUEHR;
CLAUDIA GRAY;
W. DOUGLAS HICKEY;
DON A. JOHNSON;
BOB KOENIG;
ALAN KOENIGSBERG;
JERI L. KORSHAK;
STEVE LANG;
RONALD B. RINKLE;
DAVID G. SEYKORA; and
JERRY WOLFER,

      Plaintiffs,

v.

AT&T CORP., a New York corporation,

      Defendant.

## ORDER DIRECTING DISMISSAL OF REMAINING CLAIMS AND ENTRY OF FINAL JUDGMENT

On February 15, 2008, I entered an order granting summary judgment for Defendant AT&T as to the claims asserted against it by Plaintiff Oscar Munoz, only (Dkt. # 137). I directed the remaining plaintiffs to file a status report by March 14, 2008

advising whether their claims, which had previously been stayed to permit arbitration, were still viable or whether they could be terminated (Dkt. # 138). On March 14, 2008, the parties submitted a joint status report requesting that I: 1) dismiss the claims of the remaining plaintiffs without prejudice, and 2) enter final judgment in favor of Defendant AT&T with respect to the claims asserted by Plaintiff Munoz (Dkt. # 142).

Accordingly, the Clerk of the Court is directed to enter a final judgment in favor of Defendant AT&T and against Plaintiff Oscar Munoz on the second claim for relief in accordance with the summary judgment granted on February 15, 2008 (Dkt. # 137).

The claims of the remaining plaintiffs contained in the first claim for relief are hereby DISMISSED without prejudice.

As there are no remaining claims this case is terminated.

DATED: March 18, 2008

BY THE COURT

Walker D. Miller
United States District Judge